## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## BALTIMORE DIVISION

| | | |
|---|---|---|
| DIGITAL-VENDING SERVICES INTERNATIONAL, LLC, | §<br>§<br>§<br>§<br>§ | |
| Plaintiff, | §<br>§ | |
| v. | §<br>§ | **Civil Action No. _____** |
| THE UNIVERSITY OF PHOENIX, INC., APOLLO GROUP, INC., and CAPELLA EDUCATION COMPANY, | §<br>§<br>§<br>§<br>§ | **[Case pending in the U.S. District Court for The Eastern District of Virginia, Case No. 2:09-cv-555]** |
| Defendants. | §<br>§<br>§ | |

### DVSI'S MOTION TO QUASH THIRD PARTY SUBPOENA OR, IN THE ALTERNATIVE, MOTION FOR PROTECTIVE ORDER

Plaintiff Digital-Vending Services International, LLC ("DVSI"), by counsel, respectfully moves this Court to quash the third party subpoena *duces tecum* issued by Defendants or, in the alternative, to enter a protective order.

In support hereof, DVSI submits the attached Memorandum of Points and Authorities.

WHEREFORE, DVSI respectfully requests that the Court quash Defendants' subpoena *duces tecum* or, in the alternative, enter a protective order preventing the production of materials sought by the subpoena. A proposed order is attached.

**Dated: June 11, 2010**

**Respectfully submitted,**

_____

Stephen L. Neal, Jr., Esq.
Federal Bar No. 24610
**DiMuroGinsberg, P.C.**
908 King Street, Suite 200
Alexandria, VA 22314
Phone: (703) 684-4333

Fax: (703) 548-3181
E-Mail: sneal@dimuro.com

*Counsel for DVSI*

## CERTIFICATE OF CONFERENCE

In accordance with Local Rule 104(7), counsel for DVSI conferred with opposing counsel by teleconference on June 3, 2010, starting at approximately 12:35 EST, and was unable to resolve or narrow the issue in dispute. The participants were David Morris and Stephen L. Neal, Jr., counsel for DVSI; Doug Williams and Laura Borst, counsel for Capella Education Company; and Lauren Hoffer, counsel for The University of Phoenix and Apollo Group, Inc. Counsel for DVSI also consulted with Michael Nadel, counsel for Walden University, Inc., the recipient of the subpoena. The issue to be resolved by this Court is whether the requested confidential settlement materials are relevant or likely to lead to the discovery of admissable evidence.

_____
Stephen L. Neal, Jr.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of June, 2010, I served a true and correct copy of the above via U.S. mail upon the following:

Winstol D. Carter, Jr.
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana, Suite 4200
Houston, Texas 77002
Phone: (713) 890-5000
Fax: (713) 890-5001

David M. Morris
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvanie Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 739-3000
Fax: (202) 739-3001

*Counsel for Defendants*
*The University of Phoenix, Inc. and*
*Apollo Group, Inc.*

Robert W. McFarland
McGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000

Norfolk, VA 23510-1655
Phone: (757) 640-3716
Fax: (757) 640-3966

Douglas J. Williams
Cynthia A. Bremer
Laura J. Borst
**FULBRIGHT & JAWORSKI LLP**
2100 IDS Center, 80 South Eighth Street
Minneapolis, Minnesota 55402
Phone: (612) 321-2800
Fax: (612) 321-9600

Brett C. Govett
**FULBRIGHT & JAWORSKI LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Phone: (214) 855-8000
Fax: (214) 855-8200

Michael S. McCoy
**FULBRIGHT & JAWORSKI LLP**
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010
Phone: (713) 651-5151
Fax: (713) 651-5246

*Counsel for Defendant*
*Capella Education Company*

Michael S. Nadel
Jennifer R. Belcher
Rebecca A.H. Watson
**McDERMOTT WILL & EMERY LLP**
600 Thirteenth Street, N.W.
Washington, D.C. 20005
Phone: (202) 756-8000
Fax: (202) 756-8087

*Counsel for Walden University, Inc.*

Stephen L. Neal, Jr.